[No. 73737-6-I. Division One. December 27, 2016.]

MR. 99 & ASSOCIATES, INC., ET AL., *Respondents*, v. 8011, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-03160-2, Joseph P. Wilson, J., entered July 1, 2015. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Mann, JJ.

[No. 73917-4-I. Division One. December 27, 2016.]

ELLEN TAFT ET AL., *Appellants*, v. CENTRAL CO-OP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-29240-6, Samuel Chung, J., entered August 18, 2015. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Dwyer, J.

[No. 74013-0-I. Division One. December 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. VINAY KESHAVAN BHARADWAJ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10009-8, Richard D. Eadie, J., entered August 14, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Mann, JJ.

[No. 74056-3-I. Division One. December 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE JAVIER ZAYAS-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-14085-0, Laura Gene Middaugh, J., entered October 2, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Schindler, JJ.